THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Walter Calvin Priester,
 II, Appellant.
 
 
 

Appeal From Richland County
 J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2012-UP-046
 Submitted November 1, 2011  Filed January
25, 2012    

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Senior Assistant Attorney General Harold M. Coombs, Jr., and Solicitor
 Daniel E. Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Walter Calvin Priester, II, appeals his indecent exposure conviction, arguing the
 trial court erred in qualifying the State's expert witness.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  State v. Lopez, 352 S.C. 373, 378, 574 S.E.2d 210, 213
 (Ct. App. 2002) (finding an issue must be raised to and ruled upon by the trial
 court in order to be considered on appeal); State v. Bailey, 298 S.C. 1,
 5, 377 S.E.2d 581, 584 (1989) (holding a party cannot argue one ground at trial
 and then an alternative ground on appeal).
AFFIRMED.
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.